IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO PEREZ-BRAVO,<br>[DOB: 9/15/1982]<br><br>　　　　　　　　Defendant. | Case No. 25-00095-01-CR-W-DGK<br><br>**COUNT ONE**<br>***(Aggravated Identity Theft)***<br>18 U.S.C. §1028A<br>Mandatory 2 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO**<br>***(False Representation of a Social Security Number)***<br>42 U.S.C. §408(a)(7)(B)<br>NMT 5 years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT THREE**<br>***(Illegal Re-Entry by an Alien Previously Convicted of a Felony)***<br>8 U.S.C. 1326(a) and (b)(1)<br>NMT 10 years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>$100 Mandatory Special Assessment Each Count |

**S U P E R S E D I N G   I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
***(Aggravated Identity Theft)***

From on or about January 2010 through on or about January 2025, in the Western District of Missouri, defendant ROMEO PEREZ-BRAVO, did knowingly possess and use, without lawful

authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), to wit: False Representation of a Social Security Number, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(1).

## COUNT TWO
### *(False Representation of a Social Security Number)*

On or about June 28, 2024, in the Western District of Missouri, defendant ROMEO PEREZ-BRAVO, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did with intent to deceive, falsely represent a social security account number assigned by the Commissioner of Social Security to him in an I-9 Employment Eligibility Form to "Company A", when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(7)(B).

## COUNT THREE
### *(Illegal Re-entry by an Alien Previously Convicted of a Felony)*

On or about March 27, 2025, in the Western District of Missouri, defendant ROMEO PEREZ-BRAVO, an alien who had been convicted of the felonies of Terroristic Threats and Aggravated Forgery, for which he was convicted on August 15, 2007, and given a suspended sentence of 11 months (subsequently revoked); and who was removed from the United States on April 16, 2009, was found to be knowingly in the United States without the consent of the Attorney General of the United States or the Secretary of Homeland Security.

All in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL.

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Amanda K. Hanson*
Amanda K. Hanson
Special Assistant U.S. Attorney


Dated: April 22, 2025
       Kansas City, Missouri